No. 63944.—H. P. Lambert Company *v.* United States, protests 779699–G, etc. (Boston).

Opinion by RICHARDSON, J. In accordance with oral stipulation of counsel that the merchandise and issues are similar in all material respects to those involved

in *United States* v. *R. C. Williams & Co., Inc.* (40 C.C.P.A. 130, C.A.D. 508), and *Austin, Nichols & Co., Inc.* v. *United States* (22 Cust. Ct. 33, C.D. 1155), the claim of the plaintiff was sustained.